ACCEPTED
01-15-00376-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/30/2015 9:26:52 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00376-CR

| | | |
|---|---|---|
| CHARLES EUGENE ROBERTSON | § | IN THE |
| | § | |
| | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| VS. | § | FIRST COURT |
| | § | 7/30/2015 9:26:52 AM<br>CHRISTOPHER A. PRINE<br>Clerk |
| STATE OF TEXAS | § | OF APPEALS |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Charles Robertson, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 452nd Judicial District Court of McCulloch County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. Charles Eugene Robertson, and numbered 5931.

3.     Appellant was convicted of assault/family violence with a previous conviction.

4.     Appellant was assessed a sentence of 10 years on February 17, 2015.

5.     Notice of appeal was given on March 30, 2015.

6.     The clerk's record was filed on April 6, 2015; the reporter's record was

---

MOTION TO EXTEND TIME FOR BRIEF                                    Page 1 of 3

filed on July 9, 2015.

7.      The appellant's brief is presently due on August 10, 2015.

8.      Appellant requests an extension of time of thirty (30) days from August 10, 2015.   This would result in a new deadline of September 7, 2015.

9.      No extension to file the brief has been received in this cause.

10.      Defendant is currently incarcerated.

11.      Appellant relies on the following facts as good cause for the requested extension:

Appellant's counsel has a brief due in the Eleventh Court of Appeals on August 17, 2015 in a case that is quite lengthy and involves four different cause numbers from the trial court.   Appellant's counsel has already received two extensions in that case and will not be seeking another.   Additionally, Appellant has discovery responses due in approximately five (5) civil cases during the week of August 3, 2015.   Appellant therefore requests this extension to provide additional time to file the brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

The Haynes Law Firm, P.C.

309 N. Fisk
Brownwood, Texas 76801
Tel: (325) 646-2821
Fax: (325) 643-3105

By: _____

    Michael L. Smith
    State Bar No. 24072349
    E-Mail: msmith@haynesfirm.com
    Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on July 30, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, McCulloch County, Texas, by e-service or fax.

_____
Michael L. Smith

**STATE OF TEXAS**        §
                                      §

**COUNTY OF BROWN**        §

## VERIFICATION

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Michael L. Smith